# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09-cr-00039

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SANCHEZ HUDSON, a/k/a "Chez" ) | |
| ) | |

THE MATTER is before the Court on Defendant's Motion for Bond Reconsideration. (Doc. 115).

The Court finds insufficient reason to grant Defendant's motion. Due to the severity of the offenses committed by Defendant, there is a presumption that Defendant must be detained. See 18 U.S.C. § 3142(e). Also, Defendant has failed to present any condition or combination of conditions that will reasonably assure his appearance in court or ensure the safety of the community. Although Defendant does have significant family present, his lengthy criminal record (including repeated instances of failing to appear in court) and the weight of the evidence against him are too overwhelming to ignore.

Defendant also relies on the recent completion of a drug education course as evidence that he has the ability and the commitment to make a positive correction in his lifestyle. While Defendant should be commended for his efforts, they do not constitute a change in circumstances warranting a reconsideration of bond. See United States v. McCauley, 3:05-CR-310, Order dated January 23, 2006 (Doc. No. 14) (Mullen, J.). Therefore, Defendant's motion is DENIED.

IT IS SO ORDERED.

Signed: June 1, 2009

Frank D. Whitney
United States District Judge