UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-00039-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| (14) Sanchez Hudson, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for a Reduced Sentence under the First Step Act (Doc. No. 937).

The Court hereby ORDERS the Government to respond to Defendant's Motion (Doc. No. 937). The Government shall have **sixty (60) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: June 14, 2021

Frank D. Whitney
United States District Judge

1